## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

P. DOUGLAS GERSTMYER                     *
                                         *
                                         *
          v.                             *     Civil No. – JFM-16-345
                                         *
BILL WINDHAM                             *
                                    ******

### MEMORANDUM

Bill Windham has now been served and has filed a motion to dismiss.  The motion will be granted.

As indicated in the prior memorandum that I filed (document 25), I believe that Pennsylvania law applies to this action.  I also believe that the "as is" clause contained in the contract between plaintiff and Morphy Automobile Auctions, LLC prevented plaintiff from reasonably relying upon any representations made to plaintiff by Windham.  Further, I find that the Maryland Consumer Protection Act claim is not viable for the reasons stated in my prior memorandum.

A separate order of dismissal is being entered herewith.

Date:  8/4/16                    _____
                                 J. Frederick Motz
                                 United States District Judge

BY_____ DEPUTY
CLERK'S OFFICE
AT BALTIMORE
2016 AUG -4  AM 11:49
DISTRICT OF MARYLAND
U.S. DISTRICT COURT
FILED

1